UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHAYLA CAMPBELL-LOCKART<br><br>             Plaintiff,<br><br>vs.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>             Defendant. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-1088-LMM |

## J U D G M E N T

This action having come before the Court, Honorable Leigh Martin May, United States District Judge, for consideration of defendant's Motion to Dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed with prejudice.**

Dated at Atlanta, Georgia, this 14th day of September, 2015.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                                      By:  *s/Denise D.M. McGoldrick*
                                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  September 15, 2015
James N. Hatten
Clerk of Court

By: *s/Denise D.M. McGoldrick*
        Deputy Clerk